DANIEL G. BOGDEN
United States Attorney
ROGER YANG
Assistant United States Attorneys
333 Las Vegas Blvd. South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336 / Fax (702) 388-6698

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:06-cr-00206 RLH PAL |
| Plaintiff, | ) SUBMISSION OF PROPOSED ORDER FOR MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE |
| vs. | ) |
| ZACHARY JULIUS MORAN, | ) |
| Defendant. | ) |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Roger Yang, Assistant United States Attorney, submits the attached proposed order pursuant to the Court's ruling on July 31, 2014.

Dated this 31st day of July, 2014.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Roger Yang
ROGER YANG
Assistant United States Attorney
District of Nevada

1

DANIEL G. BOGDEN
United States Attorney
ROGER YANG
Assistant United States Attorneys
333 Las Vegas Blvd. South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336 / Fax (702) 388-6698

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARY JULIUS MORAN,<br><br>Defendant. | 2:06-cr-00206 RLH PAL<br><br>ORDER ON REQUEST FOR MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE |

Based on arguments of counsel, the statement of the defendant, and the evidence presented at the hearing on July 31, 2014,

**IT IS HEREBY ORDERED** that the defendant is continued on supervised release on the same terms and conditions, except that the following additional conditions of supervised release are hereby imposed:

**Alcohol Abstinence** – You shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants.

2

**Reside in Residential Re-entry Center** – You shall reside at, and participate in, the program of a residential re-entry center for a period of up to six months as approved and directed by the probation officer.

DATED this 4 day of August 2014.

_____
UNITED STATES DISTRICT JUDGE

3